# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132790

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v                                                          SC: 132790
                                                           COA: 262114
                                                           Oakland CC: 2003-193568-FH
THEODORE DIAMOND COSTONDE,
    Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 31, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

_____
Clerk

d0416